Certificate Number: 12433-PAM-DE-027305905

Bankruptcy Case Number: 14-03148


12433-PAM-DE-027305905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2016, at 10:26 o'clock AM EDT, Evelyn S. Quigley completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 19, 2016     By: /s/Candace Jones

Name: Candace Jones

Title: Counselor